# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN ANTHONY ASHELMAN, | No. 4:17-CV-02393 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| EVANGELICAL COMMUNITY HOSPITAL FACILITY, *et al.*, | |
| Defendants. | |

## ORDER

### MAY 15, 2019

On April 9, 2019 Magistrate Judge William I. Arbuckle recommended that this Court dismiss all claims in Sean Anthony Ashelman's Amended Complaint. No timely objections were filed to Magistrate Judge Arbuckle's Reports and Recommendations. Finding no clear error on the face of the record, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation at ECF No. 42 is **ADOPTED IN ITS ENTIRETY**, and all claims against Shawn Burns are **DISMISSED WITHOUT PREJUDICE**.

2. The Report and Recommendation at ECF No.43 is **ADOPTED IN ITS ENTIRETY**; the Motion to Dismiss at ECF No. 31 is **GRANTED**; and all claims against Evangelical Community Hospital Facility, Bradley

Moyer, Susan Snook, Beverly Lloyd, Patricia Cox, Rose Edwards, Diane Zimmerman, and Heather Smith are **DISMISSED WITH PREJUDICE**.

3. The Motion for Summary Judgment at ECF No. 32 is **DENIED AS MOOT**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge